IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hodge, Tahkisha | Case Number: 08 B 03714 |
| | Judge: Hollis, Pamela S |
| Printed: 6/24/08 | Filed: 2/19/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 5, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 501.90 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 469.28 |
| Trustee Fee: | | 32.62 |
| Other Funds: | | 0.00 |
| Totals: | 501.90 | 501.90 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,479.00 | 469.28 |
| 2. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 3. | Monterey Collection Service | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 15,541.00 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 51.27 | 0.00 |
| 6. | Monterey Collection Service | Unsecured | 59.62 | 0.00 |
| 7. | T Mobile USA | Unsecured | 45.34 | 0.00 |
| 8. | Capital One Auto Finance | Unsecured | 280.27 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 73.32 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 46.39 | 0.00 |
| 11. | Great American Finance Company | Unsecured | 0.00 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 27.61 | 0.00 |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Allied Interstate | Unsecured | | No Claim Filed |
| 15. | Bank One | Unsecured | | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 17. | Diversified Adjustment Service | Unsecured | | No Claim Filed |
| 18. | First Premier | Unsecured | | No Claim Filed |
| 19. | H&F Law | Unsecured | | No Claim Filed |
| 20. | H&F Law | Unsecured | | No Claim Filed |
| 21. | JJ Marshall & Assoc | Unsecured | | No Claim Filed |
| 22. | Tribute/Fbold | Unsecured | | No Claim Filed |
| | | | $ 19,603.82 | $ 469.28 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE:  Hodge, Tahkisha | Case Number:  08 B 03714 |
|---|---|
|  | Judge:  Hollis, Pamela S |
| Printed:  6/24/08 | Filed:  2/19/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 32.62 |
|  | _____ |
|  | $ 32.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

